**Samuel D. COLLINS, Appellant, v. Clinton T. DUFFY, Warden at San Quentin Prison, California, Appellee.**

No. 12325.

United States Court of Appeals
Ninth Circuit.

Jan. 17, 1950.

Rehearing Denied Feb. 23, 1950.

Bryan R. McCarthy, San Rafael, Cal., Samuel D. Collins, in pro. per., for appellant.

Fred N. Howser, Attorney General, Clarence A. Linn, Deputy Attorney General, for appellee.

Before HEALY, McALLISTER, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of Wolf v. People of State of Colorado, 338 U.S. 25, 69 S.Ct. 1359.

**LAKE SHORE NATIONAL BANK, Executor U/W Ray V. Barber, Deceased, Late Trading Under the Name and Style of The Aircraft Company, v. BELLANCA AIRCRAFT CORPORATION, Appellant.**

No. 10072.

United States Court of Appeals
Third Circuit.

Argued Jan. 4, 1950.

Decided Jan. 17, 1950.

See also 83 F.Supp. 795.

S. Samuel Arsht, Wilmington, Del. (Morris, Steel, Nichols & Arsht, Wilmington, Del., on the brief), for appellant.

James R. Morford, Wilmington, Del. (Marvel & Morford, Wilmington, Del., on the brief), for appellee.

Before BIGGS, Chief Judge, and MARIS and KALODNER, Circuit Judges.

PER CURIAM.

Careful consideration of the oral arguments and of the briefs and the record in this case convinces us that no substantial error was committed by the court below. Accordingly, the judgment appealed from will be affirmed.

**Charlotte E. OSTRANDER, etc., Plaintiff-Appellant v. UNITED STATES of America, Defendant-Appellee.**

No. 124, Docket 21509.

United States Court of Appeals
Second Circuit.

Argued Jan. 10, 1950.

Decided Jan. 10, 1950.

Lexow & Jenkins, Suffern, N. Y. (David H. Moses, Suffern, N.Y., of counsel), for plaintiff-appellant.

Irving H. Saypol, United States Attorney, New York City (Nathan Skolnik, Assistant United States Attorney, New York City, of counsel), for defendant-appellee.

Before AUGUSTUS N. HAND, CHASE and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court on authority of United States v. Feres, 2 Cir., 177 F.2d 535.